JEANETTE BORENSTEIN, Respondent, *v.* DAVID BORENSTEIN, Appellant.

(Argued April 15, 1935; decided April 17, 1935.)

*Harry T. Zucker* and *Sydney J. Schwartz* for motion.
*Jonas J. Shapiro* opposed.

Motion denied, with leave to renew on argument of appeals.